UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>JANICE E. RAUCH ) | No. 3:10-CR-00062(01) RM |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 6, 2010 [Doc. No. 13]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Janice E. Rauch's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 1343.

SO ORDERED.

ENTERED:  July 26, 2010

　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　United States District Court